PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TEXAS

**FILED**
November 15, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AA_____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alonzo Sanchez           Case Number: DR-20-CR-01507-DC

Name of Sentencing Judicial Officer: Honorable David Counts, United States District Judge

Date of Original Sentence: February 10, 2022

Date of Revocation Sentence: March 28, 2024

Original Offense: Conspiracy to Transport Illegal Aliens, in violation of 18 U.S.C. § 1324

Original Sentence: 27 months imprisonment followed by a 3 year term of supervised release

Revocation Sentence: 8 months imprisonment followed by a 28 month term of supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: April 22, 2024

Assistant U.S. Attorney: Jayvee Rhoda           Defense Attorney: Priscilla Puente-Chacon (Appointed)

### PREVIOUS COURT ACTION

No previous Court action.

*A true copy of the original, I certify.*
*Clerk, U.S. District Court*
*By: [signature]*
*Deputy Clerk*

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Special Condition: The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing based on the ability to pay.** |
| 2. | **Standard Condition No. 13: The defendant shall follow the instructions of the probation officer related to the conditions of supervision.** |

On May 1, 2024, the offender was instructed by the probation officer to call a drug testing reporting system, Code-A-Phone, daily for his random drug test appointments. On May 29, 2024, the offender failed to submit a urine specimen. When questioned by the probation officer

about his missed appointment, the offender stated he forgot to call Code-A-Phone. The offender was rescheduled for a drug test the following day. On May 30, 2024, the offender failed to submit a urine specimen. When questioned by the probation officer, the offender stated he did not have a ride to his drug test.

On June 18, 2024, the offender failed to submit a urine specimen. When questioned by the probation officer about his missed appointment, the offender stated he forgot to call Code-A-Phone. The offender was rescheduled for a drug test the following day.

On July 11, 2024, the offender failed to submit a urine specimen. He was rescheduled for a drug test the following day.

On August 12, 2024, the offender failed to submit a urine specimen. When questioned by the probation officer about his missed appointment, the offender stated he was unaware that he had a drug test because he forgot to call Code-A-Phone. The offender was rescheduled for a drug test the following day.

3. **Special Condition: The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program shall include testing and examination to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment based on the ability to pay.**

On June 24, 2024, the offender failed to attend a scheduled counseling session.

On September 23, 2024, the offender failed to attend a scheduled counseling session. When questioned by the probation officer, the offender stated he thought his appointment was scheduled the following day.

4. **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.**

5. **Mandatory Condition No. 3: The defendant shall refrain from unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.**

On October 3, 2024, the offender submitted a urine specimen which tested positive for amphetamines. On October 22, 2024, the offender admitted to the probation officer verbally and in writing to using methamphetamine on October 1, 2024, and October 19, 2024.

U.S. Probation Officer Recommendation: Since the commencement of the offender's supervised release, he has been supervised in the San Angelo Division of the Northern District of Texas. The Court afforded the offender the opportunity to attend substance abuse treatment; however, he missed sessions and reverted to the use of methamphetamine. Furthermore, the probation officer afforded the offender several opportunities to comply with the conditions of the Court. Therefore, it is respectfully recommended that a supervised release violation warrant be issued for the offender's arrest, and his term of supervised release be revoked.

The term of supervision should be:

☒ revoked. (Maximum penalty: __2__ years imprisonment; __28__ months supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

*CA Sandoval*

Cynthia A. Sandoval
Supervising U.S. Probation Officer

Respectfully Submitted,

*Gloria Arreola*

Gloria Arreola
U.S. Probation Officer,
Date: November 1, 2024
Telephone #: 830-703-2089, ext. 6377

Approved:

*Katt G.*

Katherine M. Gorski
Supervisory Assistant U.S. Attorney

cc: Andrew Gonzales
    Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a WARRANT. Bond is set in the amount of $ __NO BOND__ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
☐ The issuance of a SUMMONS.
☐ Other _____

_____
Honorable David Counts
U.S. District Judge

11/15/2024
Date